UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ALICE LEE GIANNETTA,

                 Plaintiff,

       -against-                         20 **CIVIL** 9016 (PAE)

                                        **JUDGMENT**

TANA JOHNSON,

                 Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2021, defendant's motion to dismiss is granted without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      June 25, 2021

                                                      **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                           **BY:**   *K. Mango*

                                                         **Deputy Clerk**